# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF M.F.

NO. 2026 KW 1020

**AUGUST 12, 2026**

---

In Re:    M.F., applying for supervisory writs, East St. Tammany
          City Court, Parish of St. Tammany, No. 26-JP-3248.

---

**BEFORE:    McCLENDON, C.J., HESTER AND MILLER, JJ.**

**WRIT DENIED.**

PMc

CHH


**Miller, J.,** dissents.    See **State In the Interest of C.G.,**
2026-0244 (La. App. 1st Cir. 3/2/26), 2026 WL 821761 (unpublished).


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT